### FLOWER & AL. vs. SWIFT.

APPEAL from the court of probates of the parish of West Feliciana.

An executor is not suable in the court of probates, on his endorsement of a note payable to the estate.

MARTIN, J. delivered the opinion of the court. The defendant having received, in settling the estate of his testator, a note payable to the estate or order, endorsed it to the plaintiff, who, at maturity, caused the note to be protested: and having given due notice to the defendant, brought the present suit on the in dorsement in the court of probates, of West Feliciana. The defendant pleaded in abate-

EasternDis'ct
*April.* 1827.

FLOWER
*vs.*
SWIFT.

ment and to the merits. There was judgment in his favor, and the plaintiff appealed.

It is very clear that the suit was improperly brought in the court of probates. The debt, if any exist, is that of the defendant in his own right. He is sueable as the drawer of a new note, and the estate of his testator is by no means liable for it. Hence the court of probates was without jurisdiction.

It is therefore, ordered, adjudged, and decreed, that the judgment be affirmed, with costs in both cases.

*Hennen*, for the appellant